IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MICHAEL AND PATTIE MCCORMACK,

      Plaintiffs,

      vs.                      CASE NO. 3:05 CV 217 RV/MD

ROYAL INSURANCE COMPANY OF AMERICA,

      Defendant.

_____

## ORDER RATIFYING STIPULATION AND DISMISSING ACTION AGAINST DEFENDANT, ROYAL INDEMNITY COMPANY, WITH PREJUDICE

**THIS CAUSE** came before the Court upon the foregoing Joint Stipulation of the parties. The Court, having reviewed the Joint Stipulation, and being otherwise duly advised in the premises, it is hereby

**ORDERED and ADJUDGED** that the Joint Stipulation between Plaintiffs, MICHAEL and PATTIE MCCORMACK, and Defendant, ROYAL INDEMNITY COMPANY, as successor in interest to Royal Insurance Company of America, be hereby ratified and approved. Accordingly, it is further

**ORDERED and ADJUDGED** as follows:

1.    That the action against Defendant, ROYAL INDEMNITY COMPANY as successor in interest to Royal Insurance Company of America, be dismissed with prejudice;

2.	That the parties to the Stipulation shall bear their respective costs and attorney's fees; and,

3.	That all liens and/or subrogated interest be satisfied by the Plaintiffs.

**DONE and ORDERED** in Chambers at Pensacola, Escambia County, Florida, on this 7th day of November, 2005.

/s/ *Roger Vinson*
Senior U.S. District Judge

Conformed copies:

J. D. Smith, Esq.
William L. Wallis, Esq.